# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrian S Vildusea, | No. CV-23-00226-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| O'Reilly Auto Enterprises LLC, | |
| Defendant. | |

Before the Court is Plaintiff's "Notice of Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(i)." Doc. 6. There is nothing for this Court to do other than to ensure the Clerk of the Court terminates the action. *See American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir. 1999).

Accordingly,

**IT IS ORDERED DIRECTING** the Clerk of the Court to dismiss Plaintiff's complaint with prejudice and close this case.

Dated this 2nd day of January, 2024.

John C. Hinderaker
United States District Judge